

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00068-CV

**IN RE STATE OF TEXAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: April 13, 2022

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On February 3, 2022, relator the State of Texas filed a petition for writ of mandamus asserting the trial court had failed to rule on its motions to set its forfeiture suit for a hearing. On March 18, 2022, a supplemental record was filed in this court containing the trial court's final judgment of forfeiture signed on March 18, 2022. On March 21, 2022, relator filed a motion to withdraw its mandamus petition as moot based on the trial court's entry of a final judgment disposing of its forfeiture suit. Accordingly, we grant relator's motion to withdraw its petition and dismiss this original mandamus proceeding as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 20-04-38777-MCVAJA, styled *State of Texas v. Six Hundred Eight Thousand One Hundred Seventy-Seven Dollars and No Cents in United States Currency and 2007 Chevrolet G-3500 Van VIN# 1GAHG39U971127428*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.